| | | |
|---|---|---|
| JESSICA M J SCARBROUGH<br>1328 PARKLANE RD<br>APT 501<br>MCCOMB, MS 39648 | LABCORP<br>PO BOX 2240<br>BURLINGTON, NC 27216-2240 | SOUTHERN FINANCE<br>811 C DELAWARE AVE<br>MCCOMB, MS 39648 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | LENDMARK FINANCIAL SER<br>2118 USHER ST.<br>COVINGTON, GA 30014 | SUNBELT FEDERAL CU<br>ATTN: BANKRUPTCY<br>6885 US HWY 49<br>HATTIESBURG, MS 39402 |
| ACIMA<br>9815 S MONROE ST<br>SANDY, UT 84070 | MARK DILLON<br>2153 BRENT RD<br>SUMMIT, MS 39666 | WORLD FINANCE CORP<br>P.O.BOX 6429<br>GREENVILLE, SC 29606 |
| AFTERPAY<br>222 KEARNY ST #600<br>SAN FRANCISCO, CA 94103 | MERCURY/FBT<br>ATTN: BANKRUPTCY<br>PO BOX 84064<br>COLUMBUS, GA 31908 | |
| AMERICAN CASH ADVANCE<br>1200 LASALLE ST<br>STE C1<br>MCCOMB, MS 39648 | MERIT HEALTH WESLEY<br>5001 HARDY ST<br>HATTIESBURG, MS 39402 | |
| CASHAPP<br>1955 BROADWAY, SUITE 6<br>OAKLAND, CA 94612 | MOHELA<br>ATTN: BANKRUPTCY<br>633 SPIRIT DR<br>CHESTERFIELD, MO 63005 | |
| DAVE<br>265 S COCHRAN AVE<br>LOS ANGELES, CA 90019 | MOHELA/NAVIENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD, MO 63005 | |
| FIRST UNITY FCU<br>122 5TH AVE<br>MCCOMB, MS 39648 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON, MS 39225-2808 | |
| GEICO<br>P.O. BOX 55126<br>BOSTON, MA 02203-5126 | OPEN SKY<br>P.O. BOX 183258<br>COLUMBUS, OH 43218 | |