Certificate Number: 12433-MSS-DE-040835680

Bankruptcy Case Number: 26-00187



12433-MSS-DE-040835680

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 9, 2026, at 12:49 o'clock AM CDT, Jessica Scarbrough completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   April 9, 2026                          By:     /s/Lisa Susoev

                                               Name:   Lisa Susoev

                                               Title:   Teacher