United States Bankruptcy Court

Southern District of Mississippi

In re:

Jessica M J Scarbrough

    Debtor

Case No. 26-00187-KMS

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 22, 2026 | Form ID: 318 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica M J Scarbrough, 1328 Parklane Rd, Apt 501, McComb, MS 39648-4930 |
| 5615909 | + | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5615913 | | Dave, 265 S Cochran Ave, Los Angeles, CA 90019 |
| 5615914 | + | First Unity FCU, 122 5th Ave, McComb, MS 39648-4159 |
| 5615918 | + | Mark Dillon, 2153 Brent Rd, Summit, MS 39666-9780 |
| 5615920 | + | Merit Health Wesley, 5001 Hardy St, Hattiesburg, MS 39402-1308 |
| 5615924 | + | Open Sky, P.O. Box 183258, Columbus, OH 43218-3258 |
| 5615926 | | Sunbelt Federal CU, Attn: Bankruptcy, 6885 Us Hwy 49, Hattiesburg, MS 39402 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Apr 22 2026 23:48:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5615910 | ^ | MEBN | Apr 22 2026 19:49:23 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5615911 | + | Email/Text: 223.mccomb@americancashadvance.net | Apr 22 2026 19:55:00 | American Cash Advance, 1200 LaSalle St, Ste C1, McComb, MS 39648-5136 |
| 5615912 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Apr 22 2026 19:55:00 | CashApp, 1955 Broadway, Suite 6, Oakland, CA 94612-2205 |
| 5615915 | + | EDI: CCS.COM | Apr 22 2026 23:48:00 | Geico, P.O. Box 55126, Boston, MA 02205-5126 |
| 5615916 | | Email/Text: govtaudits@labcorp.com | Apr 22 2026 19:55:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 5615917 | | Email/Text: bk@lendmarkfinancial.com | Apr 22 2026 19:54:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 5615921 | | Email/Text: EBN@Mohela.com | Apr 22 2026 19:54:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5615923 | | EDI: MSDOR | Apr 22 2026 23:48:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5615919 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 22 2026 19:54:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5615922 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 22 2026 20:00:59 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5615925 | + | Email/Text: stephenbinning@ymail.com | Apr 22 2026 19:55:00 | Southern Finance, 811 C Delaware Ave, McComb, MS 39648-3823 |
| 5615927 | + | Email/Text: bk@worldacceptance.com | Apr 22 2026 19:55:00 | World Finance Corp, P.O.Box 6429, Greenville, SC 29606-6429 |

District/off: 0538-3                                  User: admin                                       Page 2 of 2
Date Rcvd: Apr 22, 2026                              Form ID: 318                                      Total Noticed: 21
TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SOUTHERN FINANCE,LLC., 811-C DELAWARE AVE, MCCOMB, MS 39648-3823 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Creditor SOUTHERN FINANCE LLC. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jessica M J Scarbrough trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jessica M J Scarbrough** | Social Security number or ITIN   **xxx−xx−9021** |
| | First Name   Middle Name   Last Name | EIN   _ _ − _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ − _ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **26−00187−KMS**

---

## Order of Discharge
**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Jessica M J Scarbrough**
aka Jessica Marchel Jordan Scarbrough, fka
Jessica Marchel Jordan

Dated: 4/22/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---